**Order entered May 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01634-CV

### SHAMOUN & NORMAN, LLP, Appellant

### V.

### ALBERT G. HILL, JR., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellant's May 14, 2014 second motion for an extension of time to file a

brief **to the extent** that appellant shall file its brief by **June 16, 2014**.


/s/      ADA BROWN
           JUSTICE